# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| **WOON YONG LEE** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 2:24-cv-00641-GAM |
| **CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC** | ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Sonia L. Daniels, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Equifax Information Services, LLC in Gwinnett County, GA on February 19, 2024 at 1:30 pm at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 by leaving the following documents with Barry Smith who as Office Services at Corporation Service Company is authorized by appointment or by law to receive service of process for Equifax Information Services, LLC.

Summons
Complaint
Cover Sheet
Designation Form


Black or African American Male, est. age 35-44, glasses: N, Black hair, 220 lbs to 240 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.9678631578,-84.2273707697
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Gwinnett County    ,
   GA    on    2/20/2024    .

/s/ *Sonia L. Daniels*
Signature
Sonia L. Daniels
+1 (770) 895-9933

Exhibit 1a)

