**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WOON YONG LEE** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-641** |
| | : | |
| **EQUIFAX INFORMATION** | : | |
| **SERVICES, LLC**, **ET AL.** | : | |

**SCHEDULING ORDER**

This 21st day of June, 2024, following a Preliminary Pretrial Conference pursuant to Rule 16, it is hereby **ORDERED** as follows:

1. All factual discovery shall be completed by **November 21, 2024.**

2. Dispositive motions, if any, shall be due by **December 5, 2024.**

3. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **January 19, 2025.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

/s/ Gerald Austin McHugh
United States District Judge