IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| WOON YONG LEE,<br><br>    **Plaintiff,**<br><br>    -v-<br><br>EQUIFAX INFORMATION SERVICES, LLC, and CITIBANK, N.A.,<br><br>    **Defendants.** | Civil Case Number: 2:24-cv-00641-GAM |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

  The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice as to EQUIFAX. It is respectfully requested that the matter against EQUIFAX be stayed for sixty (60) days to allow the parties to fully execute the settlement.

  Dated: August 25, 2024

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: 732.695.3282
Email: yzelman@marcuszelman.com