IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| WOON YONG LEE,<br><br>          Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., EQUIFAX<br>INFORMATION SERVICES, LLC,<br><br>          Defendants. | CASE NO.: 2:24-cv-00641-GAM |

### STIPULATION TO BINDING ARBITRATION
### AND STAY OF PROCEEDINGS

Plaintiff Woon Yong Lee ("Plaintiff") and Defendant Citibank, N.A. ("Citibank") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      The Parties hereby stipulate and agree that Plaintiff will submit his claims in this action against Citibank to final and binding arbitration with the American Arbitration Association ("AAA"), as provided by the Arbitration Agreement annexed hereto.

2.      The Parties hereby stipulate and agree that Plaintiff's claims against Citibank shall be stayed in this action pending the completion of the arbitration.

3.      Judgment upon the award rendered in the arbitration may be entered in this Court.

**WHEREFORE**, the Parties respectfully request the Court so-order this stipulation and refer Plaintiff's claims against Citibank to final and binding arbitration and stay Plaintiff's claims against Citibank in this action until the completion of arbitration.

Dated:  September 11, 2024

By: */s/ Ari Marcus*
Ari Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07713
T: (732) 695-3282
F: (732) 298-6256
ari@marcuszelman.com

*Counsel for Plaintiff*

By: */s/ Daniel JT McKenna*
Daniel JT McKenna, Esquire
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215.665.8500
F: 215.864.8999
mckennad@ballardspahr.com

*Counsel for Defendant Citibank, N.A.*

**SO ORDERED:**

**/s/ Gerald Austin McHugh**

The Honorable Gerald A. McHugh
United States District Court Judge

9/11/24

2