IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WOON YONG LEE** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-641** |
| | : | |
| **EQUIFAX INFORMATION SERVICES,** | : | |
| **LLC, ET AL.** | : | |

## O R D E R

This ___7th___ day of ___November___, 2024, it having been reported that plaintiff voluntarily dismissed defendant **EQUIFAX INFORMATION SERVICES, LLC** upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **as to the above-named party only**.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

**GEORGE WYLESOL**, Clerk of Court

BY: _____/s/ Patricia Clark___
Civil Deputy to Judge McHugh

Copies EMAILED on __11/07/24___ to:

All counsel of record